United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

F.G. CROSTHWAITE and RUSSELL E. BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, PENSIONED OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, OPERATING ENGINEERS' PENSION TRUST FUND, OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICE, APPRENTICE, AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND, and HEAVY AND HIGHWAY COMMITTEE, GREG TRENTO, as Trustee of the OPERATING ENGINEERS' VACATION AND HOLIDAY PAY PLANS, and OPERATING ENGINEERS' LOCAL 3,

    Plaintiffs,

v.

KOCHOO CONSTRUCTION CO., INC., a California corporation,

    Defendant.
                                         /

No. C 12-06208 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Court **DENIES** continuing the case management conference for ninety days.

Please come in on March 7 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: February 28, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE